[No. 37178-2-II.   Division Two.   May 12, 2009.]

CAROLE JORDAN, *Appellant*, v. THE LOWER COLUMBIA
COMMUNITY COLLEGE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-2-01016-6, Chris Wickham, J., entered November 30, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.

[No. 37254-1-II.   Division Two.   May 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL T.
McKNIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-00928-2, Theodore F. Spearman, J., entered December 10, 2007. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 37561-3-II.   Division Two.   May 12, 2009.]

*In the Matter of the Marriage of* LYUBOV POPKOV,
*Respondent*, and ILYA POPKOV, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-3-03916-6, Mary E. Dicke, J. Pro Tem., entered March 7, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.

[No. 37728-4-II.   Division Two.   May 12, 2009.]

EMS MULTIMATERIAL MANAGEMENT & MARKETING, *Respondent*,
v. WASTE CONTROL RECYCLING, INC., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-2-02026-9, Jill M. Johanson, J., entered May 5, 2008. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Armstrong, J.